FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 12 2026
TAMMY H. DOWNS, CLERK
By: [signature]
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA )
)
vs. ) Case No. 4:26-MJ-00369 ERE
)
JORDAN SCOTT WHEELER )

**MOTION TO SEAL COMPLAINT AND ARREST WARRANT**

The United States requests that the above-styled complaint and arrest warrant be sealed until the defendant is in custody or has been released pending trial. This request is made in consideration of the safety of the agents involved in the execution of the arrest warrant in this case.

Jonathan D. Ross
United States Attorney

By: [signature]
KRISTIN H. BRYANT (2009156)
Assistant U. S. Attorney
425 W. Capitol, Suite 500
Little Rock, Arkansas 72201
501-340-2600
Kristin.Bryant@usdoj.gov

ORDER

Pursuant to the above request, the complaint and arrest warrant in this matter shall be sealed until the defendant is in custody or has been released pending trial.

[signature] 12 November 2026
United States Magistrate Judge Date