**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

UNITED STATES OF AMERICA

VS. 4:26-MJ-369-ERE

JORDAN SCOTT WHEELER

**ORDER**

The Clerk is directed to unseal the Complaint in this case.

So Ordered 13 November 2026.

________________________________
UNITED STATES MAGISTRATE JUDGE